UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Lauren.Bielskie@usdoj.gov



**Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Marcus Immesberger,

Debtor.

Case No.: 18-19546 (MBK)

Chapter 11

Hearing Date: September 17, 2018

Judge: Hon. Michael B. Kaplan

**ORDER REQUIRING DEBTOR TO FILE A PLAN AND DISCLOSURE STATEMENT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 18, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Marcus Immesberger

Chapter 11, Case No.: 18-19546 (MBK)

**Order Requiring Debtor to File a Plan and Disclosure Statement**

_____

This matter, having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within Order, it is hereby:

**ORDERED** that Marcus Immesberger ("Debtor"), shall file a Plan and Disclosure Statement by November 16, 2018; and it is further

**ORDERED** that if the Debtor fails to file a Plan and Disclosure Statement by November 16, 2018, the case will automatically convert to a chapter 7 case without further notice; and it is further

**ORDERED** that the Debtor shall comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee, including with regards to the filing of monthly operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.