UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515

Attorney for Secured Creditor,
U.S. Bank National Association as Legal Title
Trustee for Truman 2016 SC6 Title Trust

In Re:

MARCUS IMMESBERGER
xxx-xx-2884

Case No.: 18-19546

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 10/29/18

Judge: Michael B. Kaplan

**ADJOURNMENT REQUEST**

1. I, EMMANUEL J. ARGENTIERI,

   ☒ am the attorney for: U.S. Bank National Association as Legal Title Trustee for Tr,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: CH 11 MFR - DOCUMENT NUMBER 36

   Current hearing date and time: 10/29/18 AT 10:00 AM

   New date requested: 11/5/18

   Reason for adjournment request: VERY CLOSE TO A RESOLUTION, BUT AN ADD'L WEEK IS REQ'D TO ENSURE PAYMENTS TENDERED AS AGREED

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 10/26/18                              /S/EMMANUEL J. ARGENTIERI
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 11/5/2018 at 10:00 am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2