Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515

Attorney for Secured Creditor,
U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

MARCUS IMMESBERGER
xxx-xx-2884

Debtor.

Case No.: 18-19546

Chapter: 11

Judge: Michael B. Kaplan

Hearing Date: November 5, 2018 @ 10:00 a.m.

**ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY SUBMITTED UNDER THE CONSENT OF THE PARTIES**

The relief set forth on the following pages numbered two (2) through three (3) are hereby **ORDERED**.

**DATED: November 15, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:  MARCUS IMMESBERGER
Case No:  18-19546/MBK
Caption of Order:  ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY SUBMITTED UNDER THE CONSENT OF THE PARTIES

Upon consideration of ("Movant") U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust's motion for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth; and the Debtor having filed opposition thereto; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Debtor recently brought his post-petition payments current through October 1, 2018.

2. Commencing with the November 1, 2018 post-petition mortgage installment payment and continuing each month thereafter for the duration of this Chapter 11 proceeding, Debtor shall remit payments directly to Movant as same come due.

3. On or before the close of business for November 30, 2018, Debtor shall reimburse Movant the sum of $1,181.00 for attorney's fees and costs incurred by Movant in the prosecution of its motion for relief.

4. The Debtor shall file a proposed chapter 11 plan with the court on or before the close of business for November 16, 2018.

Document Page 3 of 3

(Page 3)
Debtor: MARCUS IMMESBERGER
Case No: 18-19546/MBK
Caption of Order: ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY SUBMITTED UNDER THE CONSENT OF THE PARTIES

5. If the Debtor fails to comply with paragraphs 3 and/or 4 above, then upon certification of non-receipt of said payment and/or plan in accordance herewith submitted by secured creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 55 Waterman Avenue, Rumson, New Jersey 07760. The order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the U.S. Trustee, Debtor and his counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

6. **Thirty-Day Default Clause:** If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant, for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 55 Waterman Avenue, Rumson, New Jersey 07760. The order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the trustee, Debtor and his counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

7. Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the Court.