Form 195 – ntchrgdsclstat

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−19546−MBK
                    Chapter:  11
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcus Immesberger
   14 Park Avenue
   Rumson, NJ 07760

Social Security No.:
   xxx−xx−2884

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISCLOSURE STATEMENT**

    A Disclosure Statement was filed by Marcus Immesberger on November 15, 2018 , pursuant to Fed. R. Bankr. P. 3016.

    The Court shall conduct a hearing as to the adequacy of such statement before Honorable Michael B. Kaplan on :

Date:             December 6, 2018
Time:           10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

    Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

    To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Vera Fedoroff
Fedoroff Firm, LLC
504 Aldrich Road
Suite 2e
Howell, NJ 07731
732−364−8900
Fax : 732−364−6900
Email: vf@legalmattersnj.com

Dated: November 16, 2018
JAN: kmf

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                             Case No. 18-19546-MBK
Marcus Immesberger                                                 Chapter 11
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2           Date Rcvd: Nov 16, 2018
                               Form ID: 195                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db             +Marcus Immesberger,   14 Park Avenue,   Rumson, NJ 07760-1524
cr             +U.S. Bank NA, successor trustee to Bank of America,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,   West Orange, NJ 07052-5414
517523576       Bank of America, N.A.,   FL9-600-02-26,   P.O. Box 45224,   Jacksonville, FL 32232-5224
517577953       Bank of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
517523577       Coastal Imaging, LLC,   PO Box 6750,   Portsmouth, NH 03802-6750
517523578       Decedent Estate of Jean Immesberger,    P.O. Box 3143,   Sea Bright, NJ 07760-3143
517523580      +Fay Servicing,   P.O. Box 809441,   Chicago, IL 60680-9441
517523581      +Fein Such Kahn & Shepard, PC,   7 Century Drive,   #201,   Parsippany, NJ 07054-4673
517523582       Riverview Medical Center,   PO Box 650292,   Dallas, TX 75265-0292
517523583      +Ronald Immesberger,   14 Park Avenue,   Sea Bright, NJ 07760-1524
517732594      +U.S. Bank National Association as Legal,   Title Trustee-Truman 2016 SC6 Title Trus,
                 c/o Fay Servicing, LLC,   3000 Kellway Drive, Suite 150,   Carrollton, TX 75006-3357
517523585      +U.S. Bank, N.A,   c/o Fein, Such, Kahn & Shepard, PC,   7 Century Drive # 201,
                 Parsippany, NJ 07054-4609
517523586      +U.S. Bank, N.A.,   c/o Emmanuel J. Argentieri, Esq,,   Romano Garubo & Argentieri, LLC,
                 52 Newton Avenue P.O. Box 456,   Woodbury, NJ 08096-7456
517523587       University of Virginia Health System,   PO Box 743977,   Atlanta, GA 30374-3977

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Nov 17 2018 00:40:04     Dist Dir of IRS,
                 Insolvency Function,   PO Box 724,   Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2018 00:40:59     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2018 00:40:55     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517523579       E-mail/Text: bankruptcy.bnc@ditech.com Nov 17 2018 00:40:18     Ditech,   P.O. Box 6172,
                 Rapid City, SD 57709-6172
517523584      +E-mail/Text: jennifer.chacon@spservicing.com Nov 17 2018 00:42:18
                 Select Portfolio Servicing, Inc,   Attn: Bankruptcy Dept.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517742231       E-mail/Text: jennifer.chacon@spservicing.com Nov 17 2018 00:42:18
                 U.S. Bank NA, successor trustee to Bank of,   c/o Select Portfolio Servicing, Inc.,
                 PO Box 65250,   Salt Lake City, UT 84165-0250
517741608       E-mail/Text: jennifer.chacon@spservicing.com Nov 17 2018 00:42:18
                 U.S. Bank NA, successor trustee to Bank of America,   c/o Select Portfolio Servicing, Inc.,
                 PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jill Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK
               NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, ON BEHALF
               OF THE HOLDERS OF THE WAMU MORTGAGE PASS-TH bankruptcy@feinsuch.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Nov 16, 2018
                              Form ID: 195             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MOR bankruptcy@feinsuch.com
        Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15 sobrien@flwlaw.com
        Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA4, sobrien@flwlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Vera  Fedoroff    on behalf of Debtor Marcus  Immesberger vf@legalmattersnj.com

                                                                                          TOTAL: 10