Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–19546–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marcus Immesberger
    14 Park Avenue
    Rumson, NJ 07760
Social Security No.:
    xxx–xx–2884
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/25/19 at 10:00 AM

to consider and act upon the following:

*59* – Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 55 Waterman Avenue, Rumson, NJ 07760. Fee Amount $ 181. filed by Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust) filed by Emmanuel J. Argentieri on behalf of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. Objection deadline is 02/1/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Argentieri, Emmanuel)

Dated: 2/1/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court