

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-19546 |
| Hearing Date: | 3/20/2019 at 10:00 a.m. |
| Judge: | Michael B. Kaplan |
| Chapter: | 11 |

In Re:

  Marcus Immesberger

CORRECTED

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING
ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 30, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by

_____ Vera Fedoroff _____ on _____ 01/28/2019 _____ referring to a plan under

Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains

adequate information, it is

ORDERED and notice is hereby given, that:

A.    The disclosure statement, dated _____ 01/28/2019 _____ is approved.


B.    Within 14 days after entry of this order, copies of this order, the approved

disclosure statement and the plan, together with a ballot conforming to Official

Form 14, shall be mailed by the plan proponent to all creditors, equity security

holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).


C.    Written acceptances, rejections or objections to the plan referred to above shall be

filed with the attorney for the plan proponent not less than seven (7) days before

the hearing on confirmation of the plan.


D.    _____ March 20, 2019 _____ at _ 10:00 a.m. _ is fixed as the date and

time for the hearing on confirmation of the plan.

*rev.12/1/09*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19546-MBK
Marcus Immesberger                                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jan 30, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
db              +Marcus Immesberger,    14 Park Avenue,    Rumson, NJ 07760-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                        Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS
               TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MOR bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK
               NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, ON BEHALF
               OF THE HOLDERS OF THE WAMU MORTGAGE PASS-TH bankruptcy@feinsuch.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage
               Pass-Through Certificates, Series 2005-AR15 sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2007-OA4, sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vera  Fedoroff    on behalf of Debtor Marcus  Immesberger vf@legalmattersnj.com
                                                                               TOTAL: 10