Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

          Case No.: 18−19546−MBK
          Chapter: 11
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcus Immesberger
   14 Park Avenue
   Rumson, NJ 07760

Social Security No.:
   xxx−xx−2884

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/25/19 at 10:00 AM

to consider and act upon the following:

*59* − Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 55 Waterman Avenue, Rumson, NJ 07760. Fee Amount $ 181. filed by Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust) filed by Emmanuel J. Argentieri on behalf of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. Objection deadline is 02/1/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Argentieri, Emmanuel)

Dated: 2/1/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 18-19546-MBK
Marcus Immesberger                                                                   Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 01, 2019
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db             +Marcus Immesberger,    14 Park Avenue,    Rumson, NJ 07760-1524
cr             +U.S. Bank NA, successor trustee to Bank of America,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS
               TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MOR bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK
               NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, ON BEHALF
               OF THE HOLDERS OF THE WAMU MORTGAGE PASS-TH bankruptcy@feinsuch.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage
               Pass-Through Certificates, Series 2005-AR15 sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
               Mortgage Pass-Through Certificates, Series 2007-OA4, sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vera  Fedoroff    on behalf of Debtor Marcus  Immesberger vf@legalmattersnj.com
                                                                                             TOTAL: 10