UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Marcus Immesberger

Case No.: 18-19546

Chapter: 11

Hearing Date: February 27, 2019

Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, Vera Fedoroff,

   ☒ am the attorney for: the Debtor, Marcus Immesberger,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Certification of Default filed by U.S Bank, NA

   Current hearing date and time: 2/25/2019 at 10:00AM

   New date requested: March 20, 2019 at 10:00AM

   Reason for adjournment request: parties are working to resolve the matter; if unable to resolve, would like to schedule the same day as confirmation hearing

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 02/22/2019

/s/ Vera Fedoroff
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted         New hearing date: 3/20/2019 at 10:00 a.m         ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

*new.8/1/15*