UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Marcus Immesberger

Case No.: 18-19546

Chapter: 11

Hearing Date: April 24, 2019

Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, Vera Fedoroff,

   ☒ am the attorney for: the Debtor, Marcus Immesberger,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Chapter 11 Confirmation hearing & Certification of Default by U.S Bank, NA

   Current hearing date and time: April 24, 2019

   New date requested: May 8th or 9th 2019 at 10:00AM

   Reason for adjournment request: working to resolve US Trustee's Objection & finalizing settlement agreement with objecting secured creditor

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 04/02/2019

/s/ Vera Fedoroff
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 5/8/2019 at 10:00 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

*new.8/1/15*