| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br><br>Attorney for Secured Creditor,<br>U.S. Bank National Association as Legal Title<br>Trustee for Truman 2016 SC6 Title Trust | Order Filed on May 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| MARCUS IMMESBERGER<br>xxx-xx-2884<br><br>Debtor. | Case No.:   18-19546<br>Chapter:    11<br>Judge:      Michael B. Kaplan |

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:   MARCUS IMMESBERGER
Case No:  18-19546/MBK
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the application of Secured Creditor, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

> 55 Waterman Avenue, Rumson, New Jersey 07760.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.