Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−19546−MBK
                Chapter:  11
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marcus Immesberger
    14 Park Avenue
    Rumson, NJ 07760

Social Security No.:
    xxx−xx−2884

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Attorney Vera Fedoroff Debtors Attorney.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Michael B. Kaplan on,

Date: 6/3/19
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: May 7, 2019
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Marcus Immesberger
    Debtor

Case No. 18-19546-MBK
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 07, 2019
                       Form ID: 170     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.

```
db             +Marcus Immesberger,    14 Park Avenue,    Rumson, NJ 07760-1524
cr             +U.S. Bank NA, successor trustee to Bank of America,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517523576       Bank of America, N.A.,    FL9-600-02-26,    P.O. Box 45224,    Jacksonville, FL 32232-5224
517577953       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517523577       Coastal Imaging, LLC,    PO Box 6750,    Portsmouth, NH 03802-6750
517523578       Decedent Estate of Jean Immesberger,    P.O. Box 3143,    Sea Bright, NJ 07760-3143
517523580      +Fay Servicing,    P.O. Box 809441,    Chicago, IL 60680-9441
517523581      +Fein Such Kahn & Shepard, PC,    7 Century Drive,    #201,    Parsippany, NJ 07054-4673
517523582       Riverview Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517523583      +Ronald Immesberger,    14 Park Avenue,    Sea Bright, NJ 07760-1524
517732594      +U.S. Bank National Association as Legal,    Title Trustee-Truman 2016 SC6 Title Trus,
                 c/o Fay Servicing, LLC,    3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
517523585      +U.S. Bank, N.A,    c/o Fein, Such, Kahn & Shepard, PC,    7 Century Drive # 201,
                 Parsippany, NJ 07054-4609
517523586      +U.S. Bank, N.A.,    c/o Emmanuel J. Argentieri, Esq,,    Romano Garubo & Argentieri, LLC,
                 52 Newton Avenue P.O. Box 456,    Woodbury, NJ 08096-7456
517523587       University of Virginia Health System,    PO Box 743977,    Atlanta, GA 30374-3977
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov May 07 2019 23:44:09      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 23:44:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 23:44:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
517523579       E-mail/Text: bankruptcy.bnc@ditech.com May 07 2019 23:44:15      Ditech,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
517523584      +E-mail/Text: jennifer.chacon@spservicing.com May 07 2019 23:45:45
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy Dept.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517742231       E-mail/Text: jennifer.chacon@spservicing.com May 07 2019 23:45:45
                 U.S. Bank NA, successor trustee to Bank of,    c/o Select Portfolio Servicing, Inc.,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
517741608       E-mail/Text: jennifer.chacon@spservicing.com May 07 2019 23:45:45
                 U.S. Bank NA, successor trustee to Bank of America,    c/o Select Portfolio Servicing, Inc.,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 7
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
               Douglas J. McDonough    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA4, DMcDonough@flwlaw.com
               Douglas J. McDonough    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MOR DMcDonough@flwlaw.com

```
District/off: 0312-3           User: admin                  Page 2 of 2                    Date Rcvd: May 07, 2019
                               Form ID: 170                 Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
        Jill  Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-TH bankruptcy@feinsuch.com
        Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MOR bankruptcy@feinsuch.com
        Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15 DMcDonough@flwlaw.com
        Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA4, DMcDonough@flwlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Vera  Fedoroff    on behalf of Debtor Marcus  Immesberger vf@legalmattersnj.com

                                                                                                                TOTAL: 12