| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br><br>Attorney for Secured Creditor,<br>U.S. Bank National Association as Legal Title<br>Trustee for Truman 2016 SC6 Title Trust | Order Filed on May 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| MARCUS IMMESBERGER<br>xxx-xx-2884<br><br>                        Debtor. | Case No.:    18-19546<br>Chapter:     11<br>Judge:       Michael B. Kaplan |

# ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 9, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:   MARCUS IMMESBERGER
Case No:  18-19546/MBK
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

Upon the application of Secured Creditor, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

55 Waterman Avenue, Rumson, New Jersey 07760.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-19546-MBK
Marcus Immesberger                                                      Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: May 09, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db              +Marcus Immesberger,    14 Park Avenue,    Rumson, NJ 07760-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
      Douglas J. McDonough    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
       NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
       Mortgage Pass-Through Certificates, Series 2007-OA4, DMcDonough@flwlaw.com
      Douglas J. McDonough    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for
       U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA,
       AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MOR DMcDonough@flwlaw.com
      Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
       Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
       jeffrey.m.sponder@usdoj.gov
      Jill Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
       NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS
       TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MOR bankruptcy@feinsuch.com
      Jill Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. BANK
       NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, ON BEHALF
       OF THE HOLDERS OF THE WAMU MORTGAGE PASS-TH bankruptcy@feinsuch.com
      Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
      Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
       successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage
       Pass-Through Certificates, Series 2005-AR15 DMcDonough@flwlaw.com
      Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
       successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
       Mortgage Pass-Through Certificates, Series 2007-OA4, DMcDonough@flwlaw.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
      Vera Fedoroff    on behalf of Debtor Marcus  Immesberger vf@legalmattersnj.com
                                                                   TOTAL: 12